IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Morgan Burton Jr.
A.I.S# 185425
_____ )
Full name and prison number )
of plaintiff(s)              )
                             )
v.   Warden                  )  CIVIL ACTION NO. 3:18-cv-93-WHA
John Crow III                )  (To be supplied by the clerk
_____   )  of U.S. District Court)
                             )
_____   )
                             )
_____   )
                             )
_____   )
                             )
_____   )
Name of person(s) who violated )
your constitutional rights.    )
(List the names of all the     )
persons.)                      )

RECEIVED
2018 FEB -6  A 11: 44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal
        court dealing with the same or similar facts involved
        in this action?  YES(✓)  NO( )

    B.  Have you begun other lawsuits in state or federal
        court relating to your imprisonment?  YES( )  NO( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Morgan Burton Jr.
            _____

            Defendant(s) LEE county Circut court
            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            _____

4

3. Docket number CC-11-404

4. Name of judge to whom case was assigned
   Judge J. Walker III

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   Denied No opinion

6. Approximate date of filing lawsuit 10-8-2013

7. Approximate date of disposition 9-13-2013

II. PLACE OF PRESENT CONFINEMENT Staton correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Lee county circut

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Judge J. Walker III | 2311 Gateway Drive opelika, AL 36801 |
| 2. | D.A. Robert Treese II | 2311 Gateway Drive opelika, AL 36801 |
| 3. | D.A. Jessica L. Venitere | 2311 Gateway Drive opelika, AL 36801 |
| 4. | Lauaryn Lauderdale | 700 AVE D opelika, AL 3801 |
| 5. | Toney Amerson | 501 South 10th street opelika, AL 36801 |
| 6. | Richard converse | 501 South 10th street opelika, AL 36801 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED oct 23, 2012 to oct 24, 2012

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 4th amendment of U.S. constition Applicable law Regardless of state autharity, 4th amend. grounds

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

acts of State officers must be judged by federal standards. Violation of the 5th Amend. U.S. Const. Every case must go by procedural law in order to just with the U.S. constitron during any action or laws either in criminal or civil. also Violation of the 6th Amend Equal protection from arbitrary intusions.

GROUND TWO: Violation of Amends. 5th 6th and 14th

SUPPORTING FACTS: "Benton v. maryland" An eariler acquital of a defendant clanning of a defect in the indictment, where the defect renders judgment. Makes conviction tainted. Fifth Amendment is applicable to the states through the Fourteenth Amendment and, that under that sandard of the defendant.

GROUND THREE: Perjury violates due process and the U.S. constitution. Amends 5th, 6th 14th.

SUPPORTING FACTS: the voluntariness of cofession is it constitional and these facts through trial transcripts and statements Show miscarriages of justice.

6

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_To test the procedural laws and substantive due Process of this case. Showing that the accusation make in the penalty of perjury and subject matter Jurisdiction._

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
                        (Date)


_____
Signature of plaintiff(s)

7

Morgan Burton
A.I.S # 185425
Stanton correctional
2690 Marion Spillway RD.
Elmore, AL 36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL MAIL

United States DISTRICT CLERK
P.O Box 711 36101-0711
Montgomery, AL 36101-0711



FIRST CLASS

3610180711 B007